**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1295

JACQUELINE MCCOY,

Plaintiff - Appellant,

versus

ALBERTO R. GONZALES, Attorney General, United
States Department of Justice,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Richard L. Williams, Senior
District Judge.  (1:05-cv-00371-RLW)

Submitted: January 17, 2007      Decided: February 27, 2007

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jacqueline McCoy, Appellant Pro Se.  Leslie Bonner McClendon,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline McCoy appeals the district court's order granting the Defendant's motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a) and dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCoy v. Gonzales, No. 1:05-cv-00371-RLW (E.D. Va. Feb. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED